## UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| v. | Case Number: 11-cr-00329-MSK-MEH |
| GLORIA VERDOZA | Jeralyn E. Merritt<br>(Defendant's Attorney) |

**THE DEFENDANT:** Pleaded guilty to Count 1 of the Information.

The defendant is adjudicated guilty of this offense:

| **Title & Section** | **Nature of Offense** | **Offense Ended** | **Count** |
|---|---|---|---|
| 8 U.S.C. § 1324a (a)(1)(A) | Unlawful Employment of Aliens | 7/27/2011 | 1 |
| 18 U.S.C. § 2 | Aiding and Abetting | | |

Defendant is sentenced to time served and one-year of unsupervised release.

May 17, 2012
Date of Imposition of Judgment

s/ Michael E. Hegarty
Signature of Judge

Michael E. Hegarty, U.S. Magistrate Judge
Name & Title of Judge

May 24, 2012
Date

DEFENDANT: GLORIA VERDOZA
CASE NUMBER: 11-cr-00329-MSK-MEH                                           Judgment-Page 2 of2

## MONETARY OBLIGATIONS

The defendant must pay total monetary obligations under the schedule of payments set forth below.

| Count | Assessment | CVB Fee | Restitution |
|---|---|---|---|
| 1 | $25.00 | $10.00 | $0.00 |
| **TOTALS** | $25.00 | $10.00 | $0.00 |

The defendant must pay interest on any restitution or fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f).  All of the payment options set forth below may be subject to penalties for delinquency and default pursuant to 18 U.S.C. § 3612(g).

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18, United States Code, for offenses committed on or after September 13, 1994 but before April 23, 1996.